**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-14195-ROSENBERG/MAYNARD**

DELTA DANIELLE HARRIS,

      Plaintiff,

v.

DEB HAALAND, as Secretary
of the United States Department
of the Interior,

      Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This matter is before the Court upon the Defendant's Motion to Dismiss [DE 28] which was previously referred to the Honorable Shaniek M. Maynard for a Report and Recommendation. DE 16.  On October 25, 2021, Judge Maynard issued a Report and Recommendation recommending that the Motion be granted. DE 36.  Plaintiff filed objections. DE 38.  The Court has conducted a *de novo* review of Magistrate Judge Maynard's Report and Recommendation, the objections, and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Maynard's recommendations to be well reasoned and correct.  The Court agrees with the analysis in Judge Maynard's Report and Recommendation and concludes that the Motion should be granted for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Maynard's Report and Recommendation [DE 36] is hereby **ADOPTED**;

2. Defendant's Motion [DE 28] is **GRANTED**;

3.   The Plaintiff's case is **DISMISSED**; and

4.   The Clerk of the Court is directed to **CLOSE THIS CASE**.

      **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of November, 2021.


ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record